# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-1702

———————————————

Trifornia Rudolph,

  Appellant,

  v.

AMI Kids Inc.,

  Appellee.

———————————————

On appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident:  June 29, 2013.

October 24, 2018

Per Curiam.

  Affirmed.

Rowe, Bilbrey, and Winsor, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jason R. Kobal of Kobal Law, P.A., Tampa, for Appellant.

Thomas H. McDonald of Law Office of Jack D. Evans, Orlando, for Appellee.